UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ERIC & CO TRADING GROUP LLC

                Plaintiff,

        -against-

FLOYD JOY MAYWEATHER JR.

                Defendant.
-----------------------------------------------------------X

Case No: 1:21-cv-8580

**SUMMONS**

**JURY DEMAD**

TO THE ABOVE-NAMED DEFENDANT:

**YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your Answer, or, if the Complaint is not served with the Summons, to serve a notice of appearance, on the Plaintiff's attorney within twenty (20) days of the service of this summons, exclusive of the day of service ( or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

      The nature of this action is for monetary damages for fraud and breach of contract.

Dated: October 19th, 2021

                                                _____
                                                Albert Y. Dayan Esq.