USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC & CO TRADING GROUP LLC,

            Plaintiff,

-against-

FLOYD JOY MAYWEATHER JR.,

            Defendant.

1:21-cv-8580-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff initiated this action by filing a complaint on October 19, 2021. [ECF No. 1]. An affidavit of service of summons and complaint was filed on the docket on November 15, 2021. [ECF No. 11]. According to that summons, Plaintiff served the Defendant on November 6, 2021. [ECF No. 11]. Pursuant to Rule 12, a defendant must answer or otherwise respond to a complaint within 21 days after being served with the summons and complaint. Fed. R. Civ. P. 12(a)(1). No responses were filed, and Plaintiff has not prosecuted this case to date.

    Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment shall be filed by January 10, 2022. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Failure to move for a default judgment by January 10, 2022 may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

**SO ORDERED.**

Date: December 3, 2021
      New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
United States District Judge