# ALBERT Y. DAYAN
**Attorney at Law**

80-02 Kew Gardens Rd., # 902, Kew Gardens, N.Y. 11415
Tel: (718) 268-9400:  Fax: (718) 268-9404

---

**By ECF:**

January 7, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/7/2022
```

The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Eric & Co Trading Group LLC v. Floyd Joy Mayweather Jr.*
      Civil Action No. 21-cv-8580 (MKV)

Dear Judge Vyskocil:

This letter is respectfully submitted to Your Honor with reference to the subject and to Your Honor's Order of December 3, 2021, for Plaintiff to file any motion for entry of default by January 10, 2022.

Your Honor, Plaintiff's Counsel is kindly asking the Court for an extension of time of two (2) weeks from January 10, 2022, to file a motion for entry of default. The reason is that my office being closed for sometime where myself and staff are ill due to the Covid-19 Virus.

Thank you Your Honor.

Very truly yours,

_____/s/_____
Albert Y. Dayan
Attorney at Law

---

**Granted. SO ORDERED.**

Date:  1/7/2022
New York, New York

*Mary Kay Vyskocil* (signature)
Mary Kay Vyskocil
United States District Judge