UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERIC & CO TRADING GROUP LLC

                Plaintiff,

-against-

FLOYD JOY MAYWEATHER JR.

                Defendant.
-----------------------------------------------------------X

Case No: 1:21-cv-8580

**PROPOSED DEFAULT JUDGMENT**

## ORDER AND JUDGMENT

The Court has before it Plaintiff "ERIC & CO TRADING GROUP LLC" Motion for Entry of Default Judgment. Plaintiff's Summons and Amended Complaint were served on an unidentified woman in the residence of the Defendant on November 6, 2021. An affidavit of said service has be filed with the Court on November 15, 2021. A Clerks certificate of Default was signed by the Court and filed on January 7, 2022 in the United States Federal Court Southern District Of New York. The Defendant in this action is not an infant or incompetent person is in default for failure to answer the Summons and Amended Complaint.

Plaintiff seeks: (1) a judgment against Defendant in favor of Plaintiff in the amount of $389,550.00 (three hundred eighty-nine thousand five hundred and fifty dollars).

ORDERED that this honorable Court grant a judgment against Defendant in favor of plaintiff in the amount of $389,550.00 (three hundred eighty-nine thousand five hundred and fifty dollars).

ORDERED that this court retains jurisdiction over any matter pertaining to this judgment.

ORDERED that the defendant does in fact owe the Plaintiff $389,550.00 (three hundred eighty-nine thousand five hundred and fifty dollars), for the jewelry in possession of the Defendant, in the list described below:

1. 14K YELLOW GOLD TENNIES BRACELT: $11,500.00
2. 18K YELLOW GOLD CARTIER DIAMOND NAIL BRACELET SIZE 20: $7,500.00
3. 18K ROSE GOLD CARTIER DIAMOND NAIL BANGLE SIZE 17: $7,500.00
4. 18K WHITE GOLD CARITER DIAMOND NAIL BANGLE: $7,500.00
5. 18K YELLOW GOLD CARTIER DIAMOND LOVE BANGLE SIZE 22: $7,500.00
6. 18K ROSE GOLD CARTIER DIAMON LOVE BANGLE SIZE 19: $7,500.00
7. 18K WHITE GOLD CARITER DIAMOND LOVE BANGLE SIZE 18: $7,500.00
8. PLATINUM HEART SHAPED DIAMOND ETERNITY BAND 7.01 CTS: $22,500.00
9. PLATNIUM RADIUNT CUT DIAMOND ETERNITY RIN 11.76 CTS $42,000.00
10. 10K ROSE GOLD DIAMON CUBAN LINK 12MM, 26.00 CTS 185.7 GRAMS OF GOLD: $30,000.00
11. 14K WHITE GOLD TENNIES BRACELET 12.00 CTS: $12,500.00
12. 14K WHITE GOLD TENNIES BRACELET 7.63 CTS: $9,500.00
13. 18K WHITE GOLD CARTIER DIAMON NAIL BANGLE SIZE 15: $7,500.00
14. 18K ROSE GOLD CARTIER DIAMOND NAIL BANGLE SIZE 17: $7,500.00
15. 18K YELLOW GOLD CARTIER DIAMOND LOVE BANGLE SIZE 19: $7,500.00
16. 14K YELLOW GOLD EMERALD CUT DIAMOND ANKLE BRACELET 10MM, 6.97 CTS: $12,000.00
17. 14K ROSE GOLD EMERALD CUT DIAMOND ANKLE BRACELET 7.49 CT: $12,000.00

18. 14K WHITE GOLD EMERALD CUT DIAMOND ANKLE BRACELET 7.12 CTS: $12,000.00

19. 18K ROSE GOLD DIAMOND LOVE BANGLE SIZE 15: $7,500.00

20. 18 ROSE GOLD DIAMOND LOVE BANGLE SIZE 16: $ 7,500.00

21. 14K YELLOW GOLD BIG CUBAN DIAMON BRACELET 270 GRAMS OF GOLD, 27.10 CTS: $34,000.00

22. 14K MINI DIAMOND "TMT" CHAINS 0.54 CTS: $650.00

23. 14K MIDSIZE DIAMOND "TMT" CHAINS 0.54 CTS: 1,500.00

24. 18K YELLOW GOLD BUTTERFLY CUBAN ICED OUT CHOCKER 7.14 CTS: $12,000.00

25. WHITE GOLD DIAMOND BAGUETTER CHAIN 13.50 CTS: $15,000.00

26. 3 LARGE WHITE GOLD TMT PIECES GIVEN TO FLOYD: $35,000.00

27. 14K YELLOW GOLD DIAMOND/EMERALD CUT BUTTERFLY NECKLACE WITH DIAMOND TENNIS NECKLACE: $ 20,000.00

SO ORDERED

DATE: _____, 2022

_____
United States District Judge