UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERIC & CO TRADING GROUP LLC,

              Plaintiff,

-against-

FLOYD JOY MAYWEATHER JR.,

              Defendant.
-----------------------------------------------------------X

Case No: 1:21-cv-8580

**DEFAULT JUDGMENT**

      The Court has before it Plaintiff "ERIC & CO TRADING GROUP LLC" Motion for Entry of Default Judgment. Plaintiff's Summons and Amended Complaint were served on an unidentified woman in the residence of the Defendant on November 6, 2021. An affidavit of said service has been filed with the Court on November 15, 2021. A Clerks certificate of Default was signed by the Court and filed on January 7, 2022 in the United States Federal Court for the Southern District Of New York. The Defendant in this action who is not an infant or incompetent person, Defendant is in default for failure to answer the Summons and Amended Complaint.

      Plaintiff seeks: (1) a judgment against Defendant in favor of Plaintiff in the amount of $389,550.00 (three hundred eighty-nine thousand five hundred and fifty dollars).

      **ORDERED:** That a judgment be entered against Defendant in favor of Plaintiff in the amount of $389,550.00 (three hundred eighty-nine thousand five hundred and fifty dollars).

      **ORDERED:** That this Court retains jurisdiction over any matter pertaining to this judgment.

**ORDERED:** That the Defendant owes the Plaintiff in this action $389,550.00 (three hundred eighty-nine thousand five hundred and fifty dollars).

SO ORDERED

DATE: _____, 2022

_____
United States District Judge