UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERIC & CO TRADING GROUP LLC,

                Plaintiff,

-against-

FLOYD JOY MAYWEATHER JR.,

                Defendant.
-----------------------------------------------------------X

Case No: 1:21-cv-8580

**MOTION FOR**
**DEFAULT JUDGMENT**

      PLEASE TAKE NOTICE, that pursuant to Rule 55(b)(2) and the Declaration in Support of Albert Y. Dayan, Plaintiff will move this Court, before The Honorable Mary Kay Vyskocil, at The United States District Court, Southern District of New York, located at 500 Pearl Street, New York, NY 10007, for a default judgment in favor of Plaintiff and against Defendant. On November 1, 2021, this action commenced by the filing of the Amended Summons and Complaint. The Plaintiff in this action "ERIC & CO TRADING GROUP LLC is a New York based LLC", whose sole member is a Citizen of New York. Defendant in this action is a Citizen of Florida, The Case No: 1:21-cv-8580. A copy of the amended Summons and Complaint having been served on the Defendant, FLOYD JOY MAYWEATHER JR's residence on November 6, 2021. I was notified by the process server that a lady opened the door of the residence who did not identify herself. The process server served the unidentified women. Additionally, the process server had exclaimed that he saw a truck/van parked outside of the Defendant's residence with the logo "TMT". Based off my research, the Defendant uses the logo "TMT" which stands for "The Money Team". Proof of service was filed on November 15, 2021, and the Defendant not having answered the Amended Complaint, and the time for answering the Amended Complaint had expired.

NOTICE TO DEFENDANT: IF YOU DO NOT RESPOND IN OPPOSITION TO THE MOTION, A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU.

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant in the liquidated amount of $389,550.00 (three hundred eighty-nine thousand five hundred and fifty dollars).

Dated: February 14, 2022
      New York, New York

Respectfully submitted,

*Albert Y. Dayan*
Albert Y. Dayan
Attorney at Law for Plaintiff
Eric & Co Trading Group LLC
80-02 Kew Gardens Rd, Suite #902
Kew Gardens NY, 11415.
Telephone: 718-268-9400