```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/18/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIC & CO TRADING GROUP LLC,

Plaintiff,

-against-

FLOYD JOY MAYWEATHER JR.,

Defendant.

---

1:21-cv-8580-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On December 15, 2021, Plaintiff filed a motion for entry of default, which consisted of a proposed Clerk's Certificate of Default.  [ECF No. 13].  The Clerk of Court filed a Clerk's Certificate of Default several weeks later.  [ECF No. 16].

Accordingly, the Clerk of Court respectfully is requested to administratively terminate docket entry 13.

SO ORDERED.

Date:  **April 18, 2022**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**